**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| MARIA LUISA FLORES ARTEAGA, <br>    Plaintiff, <br><br> v. <br><br> REX TILLERSON, Secretary of State, *et al.*, <br>    Defendant. | § § § § § § §    Civil Action No. 1:16-cv-233 |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before this Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 28) in the above-referenced civil action. No objections have been filed by Maria Luisa Flores Arteaga (hereafter "Plaintiff"). After a *de novo* review of the record, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** and "Defendants' Motion to Dismiss Plaintiff's Claims under the Administrative Procedures Act Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)" (Docket No. 27) (hereafter "Defendants' Motion") is **GRANTED**. All claims against Defendant United States of America have been dismissed from this action, and the Clerk of the Court is hereby **ORDERED** to update the caption of the case accordingly. Plaintiff's claim for a declaratory judgment under 8 U.S.C. § 1503(a) remains and survives Defendants' Motion.

Signed on this 22nd day of January, 2018.

Rolando Olvera
United States District Judge